UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TODD WALSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:23-cv-183-TAV-SKL |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by Chief United States Magistrate Judge Susan K. Lee on September 1, 2023 [Doc. 3]. In the R&R, Judge Lee recommends that plaintiff's motion [Doc. 2] and application to proceed *in forma pauperis* ("IFP") [Doc. 2-1] be denied. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Lee's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 3]. Plaintiff's motion [Doc. 2] and IFP application [Doc. 2-1] are **DENIED**. However, after reviewing the docket in this case, the Court notes that plaintiff paid the $402.00 filing fee on September 14, 2023. Accordingly, plaintiff need not be assessed the filing fee to pursue this action.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE